The People of the State of New York, Respondent, 
against
Janet Ventura, Defendant-Appellant.



In consolidated criminal appeals, defendant appeals from three judgments of the Criminal Court of the City of New York, Bronx County (Dakota D. Ramseur, J.), each rendered December 10, 2014, convicting her, upon her pleas of guilty, of attempted petit larceny, and imposing sentence.




Per Curiam
Judgments of conviction (Dakota D. Ramseur, J.), each rendered December 10, 2014, affirmed.
Application by appellant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel pursuant to Anders, and, upon an independent review of the record, agree that there is no valid appealable issue that could be raised on appeal.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 12, 2017